**Opinion issued August 23, 2012**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-12-00233-CV

———————————

**INNOVA HOLDINGS, INC., Appellant**

**V.**

**E. E. REED CONSTRUCTION, L.P. AND OLD SPRING GLASS & MIRROR, Appellees**

On Appeal from the 157th District Court
Harris County, Texas
Trial Court Cause No. 2010-24020

## MEMORANDUM OPINION

Appellant has filed an unopposed motion to dismiss the appeal. No opinion has issued. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

## PER CURIAM

Panel consists of Justices Bland, Massengale, and Brown.